IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:                                            )
                                                  )     Case No. B-09-50956 C-13W
PAUL TIFFON DRANE,                                )
                              Debtor.             )
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . )

## NOTICE OF AMENDMENT TO CHAPTER 13 PETITION

NOW COMES, Paul Tiffon Drane, the debtor in the above captioned Chapter 13 proceeding and amends his Chapter 13 petition as follows:

**SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS** - amended to include the following debt which was omitted from the original petition:

> Ford Motor Credit Company, LLC
> c/o Smith, Debnam, Narron, Wyche,
> Saintsing & Myers, LLP
> PO Box 26268
> Raleigh, NC  27611

This the 3rd day of September, 2009.


> /s/ Paul Tiffon Drane
> PAUL TIFFON DRANE, Debtor


> /s/ Robert F. McLaughlin
> ROBERT F. McLAUGHLIN
> Attorney for Debtors
> 122 N. Ellis St.
> Salisbury, NC  28144
> Telephone:  (704) 633-2020
> NC State Bar No. 7875

PARTIES TO BE SERVED WITH
NOTICE OF CHAPTER 13 BANKRUPTCY CASE,
MEETING OF CREDITORS & DEALINES:
Case No. B-09-50956 C-13W

Ms. Kathryn L. Bringle
Chapter 13 Trustee
PO Box 2115
Winston-Salem, NC  27102-2115

Ford Motor Credit Company, LLC
c/o Smith, Debnam, Narron, Wyche,
Saintsing & Myers, LLP
PO Box 26268
Raleigh, NC  27611

In re **Paul Tiffin Drane, III**, Case No. **09-50956**
                                       Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Credit Bureau**<br>**PO Box 26140**<br>**Greensboro, NC 27402** | | H | **NOTICE ONLY** | | | | 0.00 |
| Account No.<br><br>**Employment Security Commission**<br>**PO Box 26504**<br>**Raleigh, NC 27611** | | H | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxxxxxxxxxxx1272**<br><br>**Ford Motor Credit Company, LLC**<br>**c/o Smith, Debnam, Narron, Wyche,**<br>**Saintsing & Myers, LLP**<br>**PO Box 26268**<br>**Raleigh, NC 27611** | | H | **Judgment - deficiency claim - repossessed 2007 Ford truck** | | | | 14,760.00 |
| Account No. **116739632**<br><br>**Forsyth Medical Center**<br>**PO Box 11549**<br>**Winston Salem, NC 27116-1549** | | H | **Medical services rendered 7/17/08 - 7/21/08** | | | | 2,944.00 |

__1__ continuation sheets attached

Subtotal (Total of this page) **17,704.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Tiffin Drane, III**, Case No. **09-50956**
                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **023-9139-12011**<br><br>**GMAC**<br>**PO Box 380901**<br>**Bloomington, MN 55438-0901** | | H | **Deficiency after repossession of 2008 Chevrolet Silverado sold on 3/13/09** | | | | 6,866.00 |
| Account No. **5134791**<br><br>**Interstate Credit Collection**<br>**PO Box 3136**<br>**Winston Salem, NC 27102-3136** | | H | **Collection agency for medical provider** | | | | 458.00 |
| Account No.<br><br>**Iredell County Tax Collector**<br>**PO Box 1027**<br>**Statesville, NC 28687-1027** | | H | **NOTICE ONLY** | | | | 0.00 |
| Account No.<br><br>**Murray Supply Co., LLC**<br>**260 Olive St.**<br>**Winston Salem, NC 27103** | | H | **Judgment rendered in Forsyth County 12/5/08** | | | | 32,155.00 |
| Account No. **904210033**<br><br>**Sprint**<br>**c/o NCO Financial Systems, Inc.**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | | H | **Telephone services** | | | | 1,021.00 |

Sheet no. **1** of **1** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **40,500.00**

Total (Report on Summary of Schedules)    **58,204.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy